LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
 *colleen.smith@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone:  +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
 *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025-1008
Telephone: +1.650.328.4600

*Attorneys for Defendants Enphase Energy, Inc.,*
*Badrinarayanan Kothandaraman, and Mandy Yang*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE HAYES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN and MANDY YANG,<br><br>Defendants. | Case No. 3:24-cv-04249-JD<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT DEADLINES** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Plaintiff Wayne Hayes ("Plaintiff") and Defendants Enphase Energy, Inc., Badrinarayanan Kothandaraman, and Mandy Yang ("Defendants") (together, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on July 15, 2024, Plaintiff filed the complaint in the above-captioned action (the "Hayes Complaint"), a putative class action arising under the Securities Exchange Act of 1934 (the "Exchange Act");

**WHEREAS**, the Private Securities Litigation Reform Act of 1995 ("PSLRA") provides for the appointment of lead plaintiff and lead counsel, the filing of an amended complaint by lead plaintiff and lead counsel appointed by the Court, and a stay of all discovery pending the resolution of Defendants' anticipated motion(s) to dismiss, *see* 15 U.S.C. § 78u-4(a)(3);

**WHEREAS,** motions for the appointment of lead plaintiff and lead counsel are due no later than July 29, 2024;

**WHEREAS**, on July 16, 2024, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, setting an Initial Case Management Conference for October 15, 2024, and setting various deadlines for the Parties to complete ADR certifications and file disclosures contemplated by Federal Rule of Civil Procedure 26 (Dkt. No. 4);

**WHEREAS**, the undersigned counsel for Defendants is authorized to and hereby does accept service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service;

**WHEREAS**, the Parties expect an amended complaint will be filed after the determination of any lead plaintiff motion(s) in this action;

**WHEREAS**, Defendants anticipate filing a motion to dismiss the claims asserted against them in response to the amended complaint;

**WHEREAS**, because of the special procedures specified in the PSLRA and the fact that the Northern District of California's Model Stipulation and Proposed Consolidation Order for

Securities Fraud Class Actions contemplates (i) consolidation of related cases; (ii) appointment of lead plaintiff; and (iii) the filing of a single amended complaint by lead plaintiff and counsel to be appointed by the Court, requiring Defendants to respond to the Complaint prior to the appointment of a lead plaintiff and the filing of an amended complaint and continuing with the currently scheduled initial case management conference and related deadlines would result in the unnecessary expenditure of private and judicial resources;

**WHEREAS**, counsel for the Parties respectfully submit that good cause exists to continue the existing October 15, 2024 Initial Case Management Conference and associated deadlines, including ADR deadlines, until a date that is convenient for the Court following resolution of Defendants' anticipated motion(s) to dismiss.

IT IS ACCORDINGLY STIPULATED, by and between the undersigned counsel for the Parties, that:

1.      The undersigned counsel is authorized to and hereby does accept service of the summons and Complaint on behalf of each Defendant, subject to any defenses that any Defendant may subsequently assert, including any defenses or objections as to personal jurisdiction, forum, venue, or otherwise, all of which defenses are hereby preserved, except for those related to the sufficiency of service.

2.      Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

3.      Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of an amended complaint, or designation of an operative complaint, and the response thereto.

4.      The Initial Case Management Conference scheduled for October 15, 2024 shall be continued, along with all associated deadlines under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California and

2

all associated ADR Multi-Option Program deadlines, until a date that is convenient for the Court following resolution of the anticipated motion to dismiss.

Dated:  July 26, 2024                    LATHAM & WATKINS LLP

                                         /s/ *Daniel R. Gherardi*
                                         Daniel R. Gherardi
                                            daniel.gherardi@lw.com
                                         140 Scott Drive
                                         Menlo Park, CA 94025-1008
                                         Telephone: +1.650.328.4600

                                         Attorney *for Defendants Enphase Energy, Inc.,*
                                         *Badrinarayanan Kothandaraman, and Mandy Yang*

Dated:  July 26, 2024                    THE BURKE LAW FIRM

                                         /s/ *Timothy J. Burke*
                                         Timothy J. Burke (Bar No. 181866)
                                         tim.burke@burke-law-firm.com
                                         1001 Wilshire Boulevard, #2187
                                         Los Angeles, CA 90017
                                         Telephone: +1.310.984.7199

                                         *Local Counsel for Plaintiff Wayne Hayes*

                                         BERNSTEIN LIEBHARD LLP

                                         Laurence J. Hasson
                                         Joseph R. Seidman, Jr.
                                         10 East 40th Street
                                         New York, NY 10016
                                         Telephone: (212) 779-1414
                                         Facsimile: (212) 779-3218
                                         Email:  lhasson@bernlieb.com
                                                 seidman@bernlieb.com

                                         *Counsel for Plaintiff Wayne Hayes*

3

## SIGNATURE ATTESTATION

I, Daniel R. Gherardi, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint and Continuing Case Management Deadlines.  In accordance with Civil L.R. 5-1(i)(3), I hereby attest that the above-signed counsel have concurred in this filing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 26th day of July, 2024, at Menlo Park, California.

/s/ *Daniel R. Gherardi*

## ~~[PROPOSED]~~ ORDER

The case management conference and associated deadlines are vacated pending further order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

July 29, 2024
Date

Hon. James Donato
United States District Judge

4