**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| WAYNE HAYES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN and MANDY YANG,<br><br>Defendants. | CASE NO.  3:24-cv-04249-JD<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR INCORPORATION BY REFERENCE AND JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS LEAD PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Hearing: November 6, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 11, 19th Floor<br>Hon. James Donato |

Before the Court is the Request for Incorporation by Reference and Judicial Notice in Support of the Enphase Defendants' Motion to Dismiss Plaintiff's Amended Class Action Complaint (the "RJN") filed by Defendants Enphase Energy, Inc. and Badrinarayanan Kothandaraman (collectively, the "Enphase Defendants").

The Court, having considered Enphase Defendants' RJN, will consider Enphase Defendants' Exhibits 1 through 9 attached to the Declaration of Daniel R. Gherardi filed in support of Enphase Defendants' Motion to Dismiss because each Exhibit is incorporated by reference into the Amended Complaint and/or is subject to judicial notice.

The Court HEREBY GRANTS Enphase Defendants' RJN.

IT IS SO ORDERED.

Dated: _____, 2025.

_____
The Honorable James Donato
United States District Judge