CHARLES H. LINEHAN (#307439)
  *clinehan@glancylaw.com*
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorney for Lead Plaintiff Lon D. Praytor*
*and Lead Counsel for the Putative Class*

[Additional Counsel on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WAYNE HAYES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN and MANDY YANG,<br><br>Defendants. | Case No. 3:24-cv-04249-JD<br><br>**DECLARATION OF CHARLES H. LINEHAN IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:     November 6, 2025<br>Time:     10:00 am<br>Crtrm.:  11, 19th Floor<br><br>Judge:   James Donato |

DECLARATION OF CHARLES H. LINEHAN
Case No. 3:24-cv-04249-JD

I, Charles H. Linehan, hereby declare:

1.    I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner at the law firm of Glancy Prongay & Murray LLP, and Lead Counsel for Lead Plaintiff Lon D. Praytor and the putative Class in the above-captioned matter. I have personal knowledge of the matters stated in this declaration. I could and would testify competently about the following if called to do so.

2.    I submit this Declaration in support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss, filed concurrently herewith.

3.    Attached as **Exhibit A** is a true and correct copy of excerpts of a decision by the California Public Utilities Commission ("CPUC") that was adopted on December 15, 2022 and issued as D.22-12-056. The decision is available at the CPUC's website at:

https://docs.cpuc.ca.gov/PublishedDocs/Published/G000/M500/K043/500043682.PDF
(last accessed on August 14, 2025)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed in Los Angeles, California, on August 15, 2025.

*/s/ Charles H. Linehan*
Charles H. Linehan

DECLARATION OF CHARLES H. LINEHAN
Case No. 3:24-cv-04249-JD

1