# EXHIBIT A

- 1 -

ALJ/KHY/nd3                                          **Date of Issuance 12/19/2022**

Decision 22-12-056  December 15, 2022

**BEFORE THE PUBLIC UTILITIES COMMISSION OF THE STATE OF CALIFORNIA**

| | |
|---|---|
| Order Instituting Rulemaking to Revisit Net Energy Metering Tariffs Pursuant to Decision 16-01-044, and to Address Other Issues Related to Net Energy Metering. | Rulemaking 20-08-020 |

**DECISION REVISING NET ENERGY
METERING TARIFF AND SUBTARIFFS**

500043682

R.20-08-020  ALJ/KHY/nd3

## TABLE OF CONTENTS

**Title**                                                                      **Page**

DECISION REVISING NET ENERGY METERING TARIFF AND
SUBTARIFFS..................................................................................................................1

Summary ........................................................................................................................2

1.  Legislative and Regulatory History of Net Energy Metering in
    California ............................................................................................................5

2.  Procedural Background ....................................................................................9

3.  Guiding Principles...........................................................................................13

4.  Lookback Study ...............................................................................................14

5.  E3 White Paper on Net Energy Metering Revisions ..................................17

6.  Proposals for Net Energy Metering Tariff Changes...................................20

    6.1.  AARP Recommendation .......................................................................20

    6.2.  CALSSA Proposal...................................................................................21

    6.3.  CCSA Proposal........................................................................................22

    6.4.  Californians for Renewable Energy Proposal ...................................23

    6.5.  CESA Proposal........................................................................................23

    6.6.  CalWEA Proposal...................................................................................24

    6.7.  Clean Coalition Proposal......................................................................24

    6.8.  Foundation Windpower Recommendations ......................................25

    6.9.  GRID Alternatives/Vote Solar/ Sierra Club Proposal ...................25

    6.10. Ivy Energy Multifamily VNEM Proposal ..........................................26

    6.11. Joint Utilities Proposal .........................................................................27

    6.12. NRDC Proposal......................................................................................29

    6.13. PCF Recommendations..........................................................................30

    6.14. Cal Advocates Proposal.........................................................................31

    6.15. Sierra Club Proposal .............................................................................33

    6.16. SBUA Proposal........................................................................................34

    6.17. SEIA/Vote Solar Proposal....................................................................35

    6.18. TURN Proposal.......................................................................................36

7.  Issues Before the Commission .......................................................................37

8.  Revising the Net Energy Metering Tariff.....................................................38

    8.1.  Reliance on the Lookback Study .........................................................39

        8.1.1.  The Lookback Study's Analysis Is Sound ...................................39

        8.1.2.  The Lookback Study Demonstrates NEM 2.0 Negatively
                Impacts Non-Participant Ratepayers ...........................................43

        8.1.3.  The Lookback Study Shows NEM 2.0 Is Not Cost-effective.......48

R.20-08-020  ALJ/KHY/nd3

8.1.4.   The Lookback Study Shows NEM 2.0 Disproportionately
Harms Low-Income Ratepayers .......................................................51
8.2.   Analyzing Tariff Elements and Proposals .....................................................54
8.2.1.   Tariff Participation Growth Should Not Require
Nonparticipant Financial Burden....................................................55
8.2.2.   Cost-effectiveness Analyses Shall Be Conducted Pursuant
to D.19-05-019 Using the 2022 Avoided Cost Calculator ............58
8.2.3.   The Number of Years to Payback Should Appropriately
Balance Participant and Nonparticipant Needs ............................71
8.2.4.   The Adopted Cost of Solar Is $3.30 Per Watt...............................79
8.3.   Policies for the Successor Tariff .....................................................................85
8.3.1.   The Successor Tariff Should Include a Glide Path.......................85
8.3.2.   The Successor Should Promote Equity and Inclusion.................89
8.3.3.   The Successor Should Promote Electrification .............................92
8.3.4.   The Successor Tariff Should Transition the Solar Market
to a Solar Paired with Storage Market ...........................................97
8.4.   Elements to Include in the Successor Tariff.................................................100
8.4.1.   Retail Export Compensation Rate Structure ...............................100
8.4.2.   Nonresidential Successor Tariff.....................................................106
8.4.3.   Import Rate .......................................................................................108
8.4.4.   Grid Benefits Charges......................................................................112
8.4.5.   Non-bypassable Charges .................................................................115
8.4.6.   Glide Path..........................................................................................120
8.4.7.   Minimum Bill....................................................................................128
8.4.8.   Netting Intervals for the Successor Tariff.....................................129
8.4.9.   True-Up Period..................................................................................134
8.5.   The Successor Tariff ........................................................................................137
8.5.1.   Retail Export Compensation Rates Based on Avoided
Cost Calculator Values....................................................................138
8.5.2.   ACC Plus Glide Path as a Transition to Solar Paired with
Storage ..............................................................................................147
8.5.3.   Rate Structure ..................................................................................159
8.5.4.   Terms of Service and Billing Rules................................................163
8.5.5.   Analysis Results of the Successor Tariff .......................................167
8.6.   Related Issues and Tariffs...............................................................................171
8.6.1.   Low- Income Customers ..................................................................171
8.6.2.   Virtual Net Energy Metering and Net Energy Metering
Aggregation .....................................................................................181
8.6.3.   Community Project Tariffs ..............................................................187

R.20-08-020  ALJ/KHY/nd3

8.6.4.    Revisions to NEM 1.0 and NEM 2.0 Tariffs ...............................189
8.7.    Implementation of the Successor Tariffs...................................194
8.8.    Evaluation of the Successor Tariff..........................................200
8.9.    Next Steps of This Proceeding................................................202
9.    Comments on Proposed Decision......................................................203
10.  Assignment of Proceeding .................................................................207
Findings of Fact.......................................................................................207
Conclusions of Law .................................................................................232
ORDER .....................................................................................................237

**Figure 1.**    Bill Reductions and Market Transition Credit, Optimistic Scenario
**Figure 2.**    Bill Reductions and Market Transition Credit, Flat Technology Cost Scenario
**Figure 3.**    ACC Plus Glide Path for New PG&E Net Billing Customers
**Figure 4.**    ACC Plus Glide Path for New SDG&E Net Billing Customers
**Figure 5.**    ACC Plus Glide Path for New SCE Net Billing Customers

**Table 1.**    Lookback Study Cost-Effectiveness Results by Electric Utility
**Table 2.**    Ratio of Bill Payment to Cost of Service, NEM 1.0 vs. NEM 2.0
**Table 3.**    Lookback Study Cost-Effectiveness Results
**Table 4.**    Economic Metrics Used to Evaluate Solar Investment
**Table 5.**    Current Electric Program and Securitization Charges
**Table 6.**    Simple Payback Periods for SDG&E Net Billing Customers
**Table 7.**    Adopted Initial ACC Plus Adders by Utility
**Table 8.**    Residential Customers' Eligible Time-of-Use Rates by Utility
**Table 9.**    TRC Test Results**Table 10.**    RIM Test Results
**Table 11.**    ACC Plus Adders and Payback Periods for Low-Income Households

**Appendix A –** Customer Explanation of Net Billing Tariff
**Appendix B –** Modeling Inputs and Results

R.20-08-020  ALJ/KHY/nd3

   (e) Step 5:  Twelve months following adoption of this decision, San Diego Gas & Electric Company and Southern California Edison Company shall complete alignment of related necessary billing systems and transition to full implementation of the net billing tariff.

      Twelve months following the adoption of this decision, Pacific Gas and Electric Company shall complete alignment of related necessary billing systems and transition to full implementation of the net billing tariff for residential customers.

      Eighteen months following the adoption of this decision, Pacific Gas and Electric Company shall complete alignment of related necessary billing systems and transition to full implementation of the net billing tariff for nonresidential customers.

   (f) Step 6:  Three years from the application submission, all customers seeking to interconnect to the NEM 2.0 tariff shall submit final building permit sign off and electrical clearing by the authority having jurisdiction.  Pacific Gas and Electric Company, San Diego Gas & Electric Company and Southern California Edison Company have the discretion to apply NEM 2.0 eligibility to customers who fail to meet this deadline due to utility-caused delays.

13.  Rulemaking 20-08-020 remains open to address outstanding issues in the Scoping Memo and continuing matters related to this decision.

    This order is effective today.

    Dated December 15, 2022, at San Francisco, California.


                     ALICE REYNOLDS
                       President
                     CLIFFORD RECHTSCHAFFEN
                     GENEVIEVE SHIROMA
                     DARCIE L. HOUCK
                     JOHN REYNOLDS
                       Commissioners