LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
 *colleen.smith@lw.com*
Katherine E. Bruce (Bar No. 361220)
 *kathy.bruce@lw.com*
Anastasia Pyrinis (Bar No. 352395)
 *anastasia.pyrinis@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
 *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Thomas J. Giblin (*pro hac vice*)
 *thomas.giblin@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1 212.906.1200

*Attorneys for Defendants Enphase Energy, Inc.*
*and Badrinarayanan Kothandaraman*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE HAYES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN and MANDY YANG,<br><br>Defendants. | CASE NO.  3:24-cv-04249-JD<br><br>**DEFENDANTS' OPPOSITION AND ALTERNATIVE REQUEST FOR FURTHER NOTICE IN RESPONSE TO LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Hearing: November 6, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 11, 19th Floor<br><br>Hon. James Donato |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Defendants Enphase Energy, Inc. ("Enphase") and Badrinarayanan Kothandaraman (together, "Defendants"), oppose Lead Plaintiff Lon D. Praytor's ("Plaintiff") request for judicial notice (Dkt. 82). Plaintiff requests that the Court take judicial notice of a December 15, 2022 Decision of the California Public Utilities Commission ("CPUC"). *See* Exhibit A to Declaration of Charles H. Linehan in Support of Plaintiff's Opposition to Defendants' Mot. to Dismiss (Dkt. 81-2, "Exhibit A"). While the Court may judicially notice the existence of the CPUC decision, the Court should decline to allow Plaintiff to amend the allegations in his complaint by attaching a new document to his opposition to Defendants' motion to dismiss.

In his Complaint (Dkt. 78, cited herein as "¶ __"), Plaintiff relies on a purported former Enphase employee ("CW2"), who allegedly stated that "30-45 days into NEM 3.0, boom. It was like, 'Why are sales so crappy?'" ¶ 60. Setting aside the numerous issues with this allegation (as detailed in Defendants' Motion to Dismiss (Dkt. 79) and concurrently filed Reply in Support of their Motion to Dismiss), Plaintiff now hopes the Court will take judicial notice of Exhibit A to read CW2's allegation of "30-45 days into NEM 3.0" to mean 30-45 days after December 15, 2022. *See* Plaintiff's Opposition to Defendants' Motion to Dismiss (the "Opposition" or "Opp," Dkt. 81) at 7-8.

This is not an appropriate use of judicial notice. What CW2 meant when he purportedly said "30-45 days into NEM 3.0" is not alleged in the Complaint. Nor is this meaning, or indeed "Plaintiff's interpretation" of an anonymous source's allegation, *see* Opp. at 7-8, a fact that is "generally known within the trial court's territorial jurisdiction, or [one that] can be readily determined from sources whose accuracy cannot reasonably be questioned." *United Energy Trading, LLC v. Pac. Gas & Elec. Co.*, 146 F. Supp. 3d 1122, 1133 (N.D. Cal. 2015). Defendants do not dispute that Exhibit A notes that NEM 3.0 was passed on December 15, 2022, but Plaintiff also acknowledges in the Complaint that there was an interim period until April 14, 2023 wherein NEM 3.0 was paused and the prior policy, NEM 2.0, was still available to homeowners who applied for a connection to the grid by April 14, 2023, and connected their solar panels to the grid by April 15, 2026. ¶ 38. Defendants respectfully request the Court deny Plaintiff's Request for

Judicial Notice to the extent Plaintiff inappropriately attempts to use Exhibit A to add allegations to the Complaint, particularly new allegations that contradict other allegations in Plaintiff's own Complaint.

Alternatively, if the Court is inclined to grant Plaintiff's request, Defendants respectfully request that the Court consider the full 260-page CPUC NEM 3.0 Order, rather than Plaintiff's "interpretation" of just one substantive page that Plaintiff excerpts as Exhibit A. *Lane v. Lake Cnty. Hous. Comm'n*, 724 F. Supp. 3d 1026, 1036-37 (N.D. Cal. 2024) ("Courts in this district have routinely taken judicial notice of records from administrative bodies. . . ."). The full NEM 3.0 Order is attached to the concurrently filed declaration of Daniel R. Gherardi as Exhibit 10. In particular, if the Court takes notice of the Order's effective date of December 15, 2022, Defendants also request that the Court consider of the substantive terms of the Order, including that the CPUC Order provided "the Commission will ***implement*** the NEM 2.0 tariff sunset" only after the expiration of a "Sunset Period," which allowed homeowners until April 14, 2023 (120 days after the NEM 3.0 decision) to apply for the more favorable NEM 2.0 rates, and stated that the "the first step of the successor tariff glide path ***goes into effect*** at this time [after the Sunset Period] as well." *See* Ex. 10 at 195, 197, 243 (emphases added). The Order also provided customers until April 14, 2026 to connect to the grid. Ex. 10 at 245. Plaintiff concedes these facts in the Complaint, *see, e.g.*, ¶¶ 8, 38, and they put Plaintiff's allegations regarding the December 15, 2022 date into context. *In re CNET Networks, Inc.*, 483 F. Supp. 2d 947, 953-54 (N.D. Cal. 2007) (considering "full text" of documents in connection with motion to dismiss).

DATED: September 15, 2025

**LATHAM & WATKINS LLP**

/s/ *Daniel R. Gherardi*
Colleen C. Smith (Bar No. 231216)
Katherine E. Bruce (Bar No. 361220)
Anastasia Pyrinis (Bar No. 352395)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Email: colleen.smith@lw.com
Email: kathy.bruce@lw.com
Email: anastasia.pyrinis@lw.com

Daniel R. Gherardi (Bar No. 317771)
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Email: daniel.gherardi@lw.com

Thomas J. Giblin (*pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email: thomas.giblin@lw.com

*Attorneys for Defendants Enphase Energy, Inc. and Badrinarayanan Kothandaraman*