LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
  colleen.smith@lw.com
Katherine E. Bruce (Bar No. 361220)
  kathy.bruce@lw.com
Anastasia Pyrinis (Bar No. 352395)
  anastasia.pyrinis@lw.com
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
  daniel.gherardi@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Thomas J. Giblin (*pro hac vice*)
  thomas.giblin@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1 212.906.1200

*Attorneys for Defendants Enphase Energy, Inc. and*
*Badrinarayanan Kothandaraman*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE HAYES, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN and MANDY YANG, <br><br> Defendants. | Case No. 3:24-cv-04249-JD <br><br> **DECLARATION OF DANIEL R. GHERARDI IN SUPPORT OF DEFENDANTS' OPPOSITION AND ALTERNATIVE REQUEST FOR FURTHER NOTICE IN RESPONSE TO LEAD PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF LEAD PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Hearing:    November 6, 2025 <br> Time:       10:00 a.m. <br> Location:   Courtroom 11, 19th Floor <br><br> Hon. James Donato |

I, Daniel R. Gherardi, declare as follows:

1.     I am an associate with the law firm Latham & Watkins LLP and am counsel of record for Defendants Enphase Energy, Inc. ("Enphase") and Badrinarayanan Kothandaraman (together, with Enphase, "Defendants"), in the above-captioned litigation.  I am a member in good standing with the State Bar of California, and I am admitted to practice before this Court.  I have personal knowledge of the facts set forth in this declaration, and if called as a witness, could and would testify competently thereto.

2.     I respectfully submit this declaration in support of Defendants' Opposition and Alternative Request for Further Notice in Response to Lead Plaintiff's Request for Judicial Notice in Support of Lead Plaintiff's Opposition to Defendants' Motion to Dismiss, which is filed concurrently herewith.

3.     Attached hereto as **Exhibit 10** is a true and correct copy of the full text of a decision issued by the Public Utilities Commission of the State of California ("CPUC") dated December 15, 2022 entitled "Decision Revising Net Energy Metering Tariff and Subtariffs," which is publicly available on the CPUC's website at https://www.cpuc.ca.gov.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and abilities, and that I executed this Declaration on September 15, 2025 in Menlo Park, California.

By:     _____

Daniel R. Gherardi