LATHAM & WATKINS LLP
Colleen C. Smith (Bar No. 231216)
  *colleen.smith@lw.com*
Katherine E. Bruce (Bar No. 361220)
  *kathy.bruce@lw.com*
Anastasia Pyrinis (Bar No. 352395)
  *anastasia.pyrinis@lw.com*
12670 High Bluff Drive
San Diego, CA 92130
Telephone: +1.858.523.5400

Daniel R. Gherardi (Bar No. 317771)
  *daniel.gherardi@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: +1.650.328.4600

Thomas J. Giblin (*pro hac vice*)
  *thomas.giblin@lw.com*
1271 Avenue of the Americas
New York, NY 10020
Telephone: +1 212.906.1200

*Attorneys for Defendants Enphase Energy, Inc. and
Badrinarayanan Kothandaraman*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| WAYNE HAYES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ENPHASE ENERGY, INC., BADRINARAYANAN KOTHANDARAMAN and MANDY YANG,<br><br>Defendants. | Case No. 3:24-cv-04249-JD<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING ON MOTION TO DISMISS**<br><br>Hon. James Donato |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW

Pursuant to Local Rule 6-2 and 7-12, Lead Plaintiff Lon D. Praytor ("Lead Plaintiff") and Defendants Enphase Energy, Inc. and Badrinarayanan Kothandaraman ("Defendants") (together, the "Parties"), hereby stipulate and agree as follows:

**WHEREAS**, on May 23, 2025, Lead Plaintiff filed its Amended Class Action Complaint for Violations of the Federal Securities Laws (Dkt. No. 78) ("Amended Complaint");

**WHEREAS**, on July 2, 2025, Defendants filed their Motion to Dismiss the Amended Complaint, setting a hearing for November 6, 2025 (Dkt. No. 79) ("Motion to Dismiss");

**WHEREAS,** on August 15, 2025, Lead Plaintiff filed its Opposition to the Motion to Dismiss (Dkt. No. 81);

**WHEREAS**, on September 15, 2025, Defendants filed their Reply in Support of their Motion to Dismiss (Dkt. No. 85);

**WHEREAS**, on October 30, 2025, the Court entered an Order vacating the November 6, 2025, hearing on the Motion to Dismiss (Dkt. No. 88);

**WHEREAS**, on March 17, 2026, the Court issued an Order Setting a Hearing on the Motion to Dismiss for May 7, 2026 at 11:00 a.m. (Dkt. No. 91);

**WHEREAS**, counsel for Defendants are unavailable on May 7, 2026, including because they have a previously scheduled motion to dismiss here in a separate securities class action involving certain of Defendants before Judge Tigar on the same day;

**WHEREAS**, counsel for the Parties have conferred via electronic mail and are available, subject to the Court's availability, on May 21, 2026 or June 4, 2026 for the motion to dismiss hearing in this action.

**IT IS ACCORDINGLY STIPULATED**, by and between the undersigned counsel for the Parties, that the hearing on the Motion to Dismiss currently set for May 7, 2026 at 11:00 a.m. be rescheduled to May 21, 2026 at 11:00 a.m. or June 4, 2026 at 11:00 a.m., or a date or time convenient to the Court.

1

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE MTD HEARING
CASE NO. 3:24-CV-04249-JD

Dated:  April 1, 2026                LATHAM & WATKINS LLP

                                     /s/ *Daniel R. Gherardi*
                                     Daniel R. Gherardi
                                        daniel.gherardi@lw.com
                                     140 Scott Drive
                                     Menlo Park, CA 94025-1008
                                     Telephone: +1.650.328.4600

                                     Attorney *for Defendants Enphase Energy, Inc. and Badrinarayanan Kothandaraman*


Dated:  April 1, 2026                GLANCY PRONGAY WOLKE & ROTTER LLP

                                     /s/ *Charles H. Linehan*
                                     Charles H. Linehan (Bar No. 307439)
                                     clinehan@glancylaw.com
                                     1925 Century Park East, Suite 2100
                                     Los Angeles, CA 90067
                                     Telephone: (310) 201-9150

                                     *Attorney for Lead Plaintiff Lon D. Praytor and Lead Counsel for the Putative Class*

STIPULATION AND [PROPOSED] ORDER TO
RESCHEDULE MTD HEARING
CASE NO. 3:24-CV-04249-JD

## **SIGNATURE ATTESTATION**

I, Daniel R. Gherardi, am the ECF user whose identification and password are being used to file this Stipulation and [Proposed] Order to Reschedule Hearing on Motion to Dismiss.  In accordance with Civil L.R. 5-1(i)(3), I hereby attest that the above-signed counsel have concurred in this filing.

Executed this 1st day of April, 2026, at Menlo Park, California.

/s/ *Daniel R. Gherardi*
_____

## **[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

_____          _____
Date                                                    Hon. James Donato
                                                           United States District Judge

3

LATHAM&WATKINS LLP
ATTORNEYS AT LAW